**INDEX OF EXHIBITS**

A.  WMU August 31 Deadline Correspondence

B.  Religious Accommodation Request, Morgan Ottseon

C.  Religious Accommodation Request, Emily Dahl

D.  Religious Accommodation Request, Bailey Korhorn

E.  Religious Accommodation Request, Hannah Redoute

F.  WMU Denial of Religious Accommodation, Bailey Korhorn

G.  WMU Denial of Religious Accommodation, Emily Dahl

H.  WMU Denial of Religious Accommodation, Hannah Redoute

I.   WMU Denial of Religious Accommodation, Morgan Otteson

J.  Affidavit of Hannah Redoute

K.  Affidavit of Bailey Korhorn

L.  Affidavit of Emily Dahl

M. Affidavit of Morgan Otteson