# EXHIBIT A



12:31

< BACK        **Kathy Beauregard**

---
Aug 12, 2021
---

**KB**  **Kathy Beauregard** 6:01 PM

The NCAA, Mid-American Conference, and Western Michigan University acknowledge data indicating that COVID-19 vaccination remains the most effective strategy to protect against the pandemic. Thus, to maintain full involvement in the athletic department community at Western Michigan University, all student-athletes, coaches, and athletic staff members are directed to provide proof of a minimum of a first COVID-19 vaccine no later than August 31, 2021. Medical or religious exemptions and accommodations will be considered on an individual basis. Proof of vaccine protocols will be communicated by athletic department personnel to all parties. Individuals needing direction on vaccination options and locations should contact the athletic department athletic training staff.

Kathy Beauregard
Director of Athletics

 Type message...