# EXHIBIT B

Case 1:21-cv-00757-PLM-SJB   ECF No. 1-3, PageID.21   Filed 08/30/21   Page 1 of 4



# RELIGIOUS ACCOMMODATION REQUEST FORM

## Part 1: To be completed by employee/student

Name: **Morgan Otteson**   Job title/Student class: **Senior**

Date of request: **8/25/21**   WIN or Employee ID Number: **725717381**

Immediate supervisor/instructor: **Sammy Boateng**

Requested accommodation (exemption):
**Religious exemption from the mandated COVID-19 vaccine in Athletics**

Length of time the accommodation is needed: **Graduation from WMU**

Describe the religious belief or practice that necessitates this request for accommodation (include additional pages, if needed):

**Please see attached Word Doc**

Describe any alternate accommodations that might address your needs:

**I will continue to get COVID tested weekly**

**I will continue to wear a mask in all indoor facilities at WMU**

My religious beliefs and practices, which result in this request for a religious accommodation, are sincerely held. I understand that the accommodation requested above may not be granted but that the University will attempt to provide a reasonable accommodation that does not create an undue hardship on the University. I understand that the University may need to obtain supporting documentation regarding my religious practice and beliefs to further evaluate my request for a religious accommodation.

Employee/Student signature: **Morgan Otteson**   Date: **8/25/21**

**Please send completed form to: oie-info@wmich.edu**

Adapted by a form created by cda.org Copyright © 2021

**Part 2: To be completed by WMU Institutional Equity office:**

Describe the requested accommodation:

**Exemption from COVID 19 Vaccine while participating in Intercollegiate Athletic Sports**

Evaluation of impact (if any):

**Campus Safety**

**Athletic Program Safety**

Approved: _____ Denied: \_\_\_\_X_____

If the requested accommodation is denied, what are some alternative accommodations (list in order of preference):

1. **Maintain Scholarship for 2021-2022**
2. **No participation in Intercollegiate sports**
3. **Comply with testing and masking mandate.**

Date discussed with employee/student: **Emailed to student 8/30/2021**

Final accommodation agreed upon:

_____
_____
_____
_____

If no agreement on an accommodation, provide an explanation:

**The University has a compelling interest in taking action to avoid the significant risk posed to the intercollegiate athletic programs of a Covid-19 outbreak due to unvaccinated participants and prohibiting unvaccinated members of the teams from engaging in practices and competition is the only effective manner of accomplishing this compelling interest. Testing Is required for the safety of the campus community.**


Institutional Equity representative signature: \_\_\_Tammy Miller, Assoc. Dir._____ Date:\_8/30/21\_\_\_\_\_

**To the Vaccine Exemption Committee:**

I, Morgan Otteson, am exercising my right to receive a religious exemption from the COVID-19 vaccine.

Being raised in a Christian household my entire life, I trust that God will protect His beautiful creation of the human body no matter what evil is surrounding it. Throughout college I have seen tremendous growth in my personal faith with God and dedicated my life to Him.

> Psalm 23:4 "Even though I walk through the darkest valley, I will fear no evil, for you are with me; your rod and your staff, they comfort me."

In God's eyes, my body is a temple, and He intends for me to keep my body clean from any unclean food or injections. I sincerely believe God has given me the strength to naturally fight off any illnesses and given me a purpose to fulfill during my time here on Earth.

> 1 Corinthians 3:16-17 "Don't you know that you yourselves are God's temple and that God's Spirit dwells in your midst? If anyone destroys God's temple, God will destroy that person; for God's temple is sacred, and you together are that temple."

I believe that God has a plan for me, and I will follow Him through the darkest valleys. He has called me to trust in His plan. God has counted my days on this Earth, and I have chosen to live a life following God, even when I am faced with unknowns.

> Job 14:5 "Man's days are determined; you (God) have decreed the number of his months and have set limits he cannot exceed."

> Jeremiah 29:11 "For I know the plans I have for you, declares the Lord. Plans to prosper you and not to harm you, plans to give you hope and a future."

As someone who has tested positive from this virus, God has blessed me with being asymptomatic and the natural immunity to fight off infection.

> Mark 16:18 "They will pick up serpents, and if they drink any deadly poison, it will not hurt them; they will lay hands on the sick, and they will recover."

I sincerely express my religious values and beliefs to you, though I am not perfect, I will continue to submit myself to the Lord the best way I can. I cannot violate my conscience that has been given to me by God. I trust that He will protect me on this Earth, free from evil and illness until I join Him eternally in Heaven.

> Exodus 15:26 He said, "If you listen carefully to the LORD your God and do what is right in his eyes, if you pay attention to his commands and keep all his decrees, I will not bring on you any of the diseases I brought on the Egyptians, for I am the LORD, who heals you."

Sincerely,

*Morgan Otteson*