# EXHIBIT C



# RELIGIOUS ACCOMMODATION REQUEST FORM

## Part 1: To be completed by employee/student

Name: **Emily Dahl**   Job title/Student class: **Student-athlete/Senior**

Date of request: **8/24/21**   WIN or Employee ID Number: **360874516**

Immediate supervisor/instructor: **Sammy Boateng**

Requested accommodation (exemption):
**Religous exemption from the mandated COVID-19 vaccine.**

Length of time the accommodation is needed: **May 2022**

Describe the religious belief or practice that necessitates this request for accommodation (include additional pages, if needed):

I, Emily Dahl am exercising my right to receive a religious exemption for vaccination. I have grown up in a very religious household surrounded by devoted Christians.

I recently developed my own personal relationship with God. Since attending Western Michigan University, I joined FCA (Fellowship Christian Athletes) and a bible study to dive deeper in my faith.

I truly began to abide by the teachings of the bible and my God as I learned more about it. I learned more about my faith by reading the bible, attending bible study, and listening to the Bible in a Year

podcast with Father Mike Schmitz. I have learned through the Bible to trust in the Lord with all of my heart and mind, he had planned my entire life and that he had great things planned for me, so I

should not worry about anything but instead trust in him. I know through prayer and asking God, that he will give me the strength to get through anything. When Covid-19 first appeared, there was a

period of doubt and fear that I felt. I was scared for my family and friends. I turned to God, prayed and felt a sense of calm in his word... (continued on attached document)

Describe any alternate accommodations that might address your needs:

I will continue to take precaustions and safety measures to protect myself and those around me. I can continue to get tested to ensure my health. I will

also continue to wear a mask when I am around others or anywhere in WMU's campus. As an accomodation, I have already changed all my classes to online settings.

My religious beliefs and practices, which result in this request for a religious accommodation, are sincerely held. I understand that the accommodation requested above may not be granted but that the University will attempt to provide a reasonable accommodation that does not create an undue hardship on the University. I understand that the University may need to obtain supporting documentation regarding my religious practice and beliefs to further evaluate my request for a religious accommodation.

Employee/Student signature: **Emily Dahl**   Date: **8/24/21**

**Please send completed form to: oie-info@wmich.edu**

Adapted by a form created by cda.org Copyright © 2021

**Part 2: To be completed by WMU Institutional Equity office**

Describe the requested accommodation:
_____
_____

Evaluation of impact (if any):
_____
_____
_____

Approved: ☐     Denied: ☐

If the requested accommodation is denied, what are some alternative accommodations (list in order of preference):

    1. _____

    2. _____

    3. _____

Date discussed with employee/student: _____

Final accommodation agreed upon:
_____
_____

 If no agreement on an accommodation, provide an explanation:
_____
_____
_____

Institutional Equity representative signature: _____Date: _____

(Philippians 4:6 Do not be anxious about anything, but in everything by prayer and supplication with thanksgiving let your requests be made known to God). I prayed for my safety, the safety of everyone and especially those high-risk individuals that they would also be protected (James 5:16 Therefore, confess your sins to one another and pray for one another, that you may be healed. The prayer of the righteous person has great power as it is working). I am happy that so many high-risk individuals have felt comfort in the new vaccines. I however, trust in the Lord that he will keep me strong, heal me and prevent me from Covid-19 as long as I abide by his word, pray and trust in him (Deuteronomy 7:15 And the Lord will take away from you all sickness, and none of the evil diseases of Egypt, which you knew, will he inflict on you, but he will lay them on all who hate you)(Luke 8:50 But Jesus on hearing this answered him, "Do not fear; only believe and she will be well). My conscience is a gift from God. He gave me the Holy Spirit within me to protect me, guide me and not go against the word of God. Taking the vaccine would go against my conscience and I do not want to have seared conscience. (Acts 5:29 "But Peter and the apostles answered, "We must obey God rather than man.") With my personal, strongly held beliefs in my God, I am not willing to take the new vaccine. I trust that the Lord has predetermined the last part of my athletic career and academic year at Western Michigan University, for which I have worked so extremely hard to achieve, and that I will be bale able to finish my journey as a Bronco safety, enjoyably and healthily. I have faith God will get us through this pandemic together!

God Bless,

Emily Dahl

Holy Trinity Parish
Avon, Ohio

8/26/2021

Dear Sir/Madam,

I am writing on behalf of Emily Dahl, a baptized Catholic and parishioner at Holy Trinity parish where I serve, regarding grounds for conscientious exemption for Covid-19 vaccination.

The Catholic Church has recently clarified that receiving the currently available Covid 19 vaccines (Pfizer-Biotech, Moderna, Johnson and Johnson, and AstraZeneca) is **not morally prohibited.**  Furthermore, Pope Francis has encouraged all Catholics to consider taking the vaccine, based on their moral responsibility to support the good of the entire community, particularly those most vulnerable to the virus and for the respect for all life.

*At the same time*, the Church also upholds the rights of conscience, and guards against forcing any person to act against their conscience.  After speaking with Emily, I find that she has sincerely held reasons of conscience she has manifested to me leading her to reject the vaccine.

Sincerely,

*[signature]*

Fr. Vince Hawk
Pastor, Holy Trinity