# EXHIBIT D



## RELIGIOUS ACCOMMODATION REQUEST FORM

### Part 1: To be completed by employee/student

Name: **Bailey Korhorn** _____ Job title/Student class: 5th year student athlete

Date of request: 8/24/21 _____ WIN or Employee ID Number: __430601105__

Immediate supervisor/instructor: **Samuel Boateng** _____

Requested accommodation (exemption):
COVID-19 Vaccine
_____

Length of time the accommodation is needed: May 2022 _____

Describe the religious belief or practice that necessitates this request for accommodation (include additional pages, if needed):

I am a devout Christian and have dedicated my life to God. Everything I do on the soccer field is because of God. He has given me talent and a gift

and a gift and by playing soccer, I am glorifying Him by using the gift he has given me. God knew me before he created me, therefore I have complete

confidence that I am a child of the Living God. "For you created my inmost being; you knit me together in my mothers womb," Psalm 139:13. God also

created us in his own image, "so God created us in his own image, in the image of God he created him; male and female he created them," Genesis

1:27. Therefore, I trust that God loves me, guides me, and will protect me. I trust the Lord with my life and He is calling me in this way to not go against

my conscience. (See attached word document for more).

Describe any alternate accommodations that might address your needs:

I will continue to follow campus's safety protocols by practicing social distancing, wearing masks when required, complete my daily health surveys,

and continue to practice personal hygiene. For the safety of myself and others, I will also continue to get covid tested when needed as a student athlete.

My religious beliefs and practices, which result in this request for a religious accommodation, are sincerely held. I understand that the accommodation requested above may not be granted but that the University will attempt to provide a reasonable accommodation that does not create an undue hardship on the University. I understand that the University may need to obtain supporting documentation regarding my religious practice and beliefs to further evaluate my request for a religious accommodation.

Employee/Student signature: **Bailey Korhorn** _____ Date: 8/24/21 _____

**Please send completed form to: oie-info@wmich.edu**

Adapted by a form created by cda.org Copyright © 2021

Religious Accommodation Request Form | 2 of 2

## Part 2: To be completed by WMU Institutional Equity office:

Describe the requested accommodation:

**Exemption from Intercollegiate Athletics Vaccine Mandate while participating in Intercollegiate sports.**

Evaluation of impact (if any):

**Campus Safety**

**Athletic Program Safety**

Approved: _____ Denied: _____X_____

If the requested accommodation is denied, what are some alternative accommodations (list in order of preference):

1. **Maintain Scholorship for 2021-2022**

2. **No participation in Intercollegiate Sports**

3. **Comply with testing and mask mandate**

Date discussed with employee/student: **Emailed to student 8/25/2021**

Final accommodation agreed upon:

_____

_____

_____

_____

If no agreement on an accommodation, provide an explanation:

**The University has a compelling interest in taking action to avoid the significant risk posed to the intercollegiate athletic programs of a Covid-19 outbreak due to unvaccinated participants and prohibiting unvaccinated members of the teams from engaging in practices and competition is the only effective manner of accomplishing this compelling interest.**

Institutional Equity representative signature: _Tammy Miller_ Date: _8/25/21_

I am a devout Christian and have dedicated my life to God. Everything I do on the soccer field is because of God. He has given me talent and a gift and by playing soccer, I am glorifying Him by using the gift he has given me. God knew me before he created me, therefore I have complete confidence that I am a child of the Living God. "For you created my inmost being; you knit me together in my mothers womb," Psalm 139:13. God also created us in his own image, "so God created us in his own image, in the image of God he created him; male and female he created them," Genesis 1:27. Therefore, I trust that God loves me, guides me, and will protect me. I trust the Lord with my life and He is calling me in this way to not go against my conscience. Timothy 1:5 states, "The purpose of my instruction is that all believers would be filled with love that comes from a pure heart, a clear conscience, and genuine faith." I trust that God is paving me this path to not get the Covid-19 vaccine. "Trust in the LORD with all your heart; do not depend on your own understanding. Seek his will in all you do, and he will show you which path to take," Proverbs 3:5-6. There are numerous quotes in the Bible that I could list. All will pertain to God loving me, protecting me, saving me, and sending angels around me and guide me.  As a Christian, I trust God with my health, life, body, and soul. My body is a temple of the living God, I am commanded to do whatever I do of faith, otherwise it is a sin, and I know that ultimately, my God is my healer and my sustainer in this life. For these spiritual/religious convictions, I am lead to this point where I must respectfully decline receiving any Covid-19 vaccination, and I humbly request you grant my religious exemptions accordingly.

August 24ᵗʰ, 2021

To Whom It May Concern,

     I am writing you this letter on behalf of: ___Bailey Korhorn___ to inform you of their desire to exercise their right to use their religious beliefs as an exemption to receiving the Covid-19 vaccine or any vaccine.  The above mentioned person has expressed to me that a vaccination is contrary to their religious beliefs and it is their religious right to opt out of this unnecessary medical procedure.  I, as a minister of The Universal Life Church, am obligated to bear witness to their convictions and their faith.  Thank you for your time in this matter.

Sincerely,

Stephanie Fongers

Minister of The Universal Life Church



UNIVERSAL LIFE CHURCH MINISTRIES



# Credentials of Ministry

## THIS IS TO CERTIFY

### Stephanie Fongers

That The Bearer Hereof Has Been Ordained

On this day, the _____ 29th _____ of _____ July _____, in the year _____ 2021 _____

and is officially recognized as a member of the Universal Life Church

and has all rights and privileges to perform all duties of the ministry.

_____
CHAPLAIN, BR. MARTIN

