# EXHIBIT E



# RELIGIOUS ACCOMMODATION REQUEST FORM

**Part 1: To be completed by employee/student**

Name: **Hannah Redoute**          Job title/Student class: **Fifth year student athlete**

Date of request: **8/25/21**          WIN or Employee ID Number: **516154254**

Immediate supervisor/instructor: **Sammy Boateng**

Requested accommodation (exemption):
**COVID-19 Vaccine**

Length of time the accommodation is needed: **May 2023**

Describe the religious belief or practice that necessitates this request for accommodation (include additional pages, if needed):

**On a word document attached below.**

Describe any alternate accommodations that might address your needs:

**I will continue to get tested every week and wear a mask in public places and when around others.**

My religious beliefs and practices, which result in this request for a religious accommodation, are sincerely held. I understand that the accommodation requested above may not be granted but that the University will attempt to provide a reasonable accommodation that does not create an undue hardship on the University. I understand that the University may need to obtain supporting documentation regarding my religious practice and beliefs to further evaluate my request for a religious accommodation.

Employee/Student signature: **Hannah Redoute**          Date: **8/25/21**

**Please send completed form to: oie-info@wmich.edu**

Adapted by a form created by cda.org Copyright © 2021

**Part 2: To be completed by WMU Institutional Equity office**

Describe the requested accommodation:
_____
_____

Evaluation of impact (if any):
_____
_____
_____

Approved: ☐          Denied: ☐

If the requested accommodation is denied, what are some alternative accommodations (list in order of preference):

    1. _____

    2. _____

    3. _____

Date discussed with employee/student: _____

Final accommodation agreed upon:
I will continue to get Covid tested every week and wear a mask when in public places and around others.
_____

If no agreement on an accommodation, provide an explanation:
_____
_____
_____

Institutional Equity representative signature: _____ Date: _____

I am a member of St. John Vianney Church in Shelby Township, Michigan. I am exercising my right to receive a religious exemption for the vaccination. I am a practicing Catholic and my religion is really important to me.

I went through 14 years of Catholic School. I went to St. Lawrence in Utica, Michigan from preschool to eighth grade and then went to Marian High School in Bloomfield Hills, Michigan an all-girls Catholic High School for all four years. I have received all my Sacraments thus far including Baptism, Penance, Eucharist, and Confirmation.

 The Catholic Church states that no one should be obligated to get the vaccine. I am strongly pro-life, and the church has stated that Catholics can refuse abortion-tainted vaccines. "Before I formed you in the womb I knew you, before you were born I set you apart; I appointed you as a prophet to the nations" – Jeremiah 1:5. "From birth I was cast on you; from my mother's womb you have been my God" – Psalm 22:10. I am a child of the living God and I strongly believe that God knew me before he created me. Everything that happens to me is the Lord's conscience and he is telling me to not to get the vaccine.

Therefore, as a practicing Catholic, opposed to abortion I cannot get the vaccine according to the Catholic Church principles. I have the right to object regarding what is put into my body. In having said all that, the use of these vaccines would be a violation of my faith that opposes abortion. Under the teachings I follow. I am religiously and morally bound. I request that you respectfully grant my religious exemption.