# EXHIBIT G



## RELIGIOUS ACCOMMODATION REQUEST FORM

### Part 1: To be completed by employee/student

Name: **Emily Dahl**                                    Job title/Student class: Student-athlete/Senior

Date of request: 8/24/21                    WIN or Employee ID Number: 360874516

Immediate supervisor/instructor: **Sammy Boateng**

Requested accommodation (exemption):
Religous exemption from the mandated COVID-19 vaccine.

Length of time the accommodation is needed: May 2022

Describe the religious belief or practice that necessitates this request for accommodation (include additional pages, if needed):

I, Emily Dahl am exercising my right to receive a religious exemption for vaccination. I have grown up in a very religious household surrounded by devoted Christians.

I recently developed my own personal relationship with God. Since attending Western Michigan University, I joined FCA (Fellowship Christian Athletes) and a bible study to dive deeper in my faith.

I truly began to abide by the teachings of the bible and my God as I learned more about it. I learned more about my faith by reading the bible, attending bible study, and listening to the Bible in a Year

podcast with Father Mike Schmitz. I have learned through the Bible to trust in the Lord with all of my heart and mind, he had planned my entire life and that he had great things planned for me, so I

should not worry about anything but instead trust in him. I know through prayer and asking God, that he will give me the strength to get through anything. When Covid-19 first appeared, there was a

period of doubt and fear that I felt. I was scared for my family and friends. I turned to God, prayed and felt a sense of calm in his word... (continued on attached document)

Describe any alternate accommodations that might address your needs:

I will continue to take precaustions and safety measures to protect myself and those around me. I can continue to get tested to ensure my health. I will

also continue to wear a mask when I am around others or anywhere in WMU's campus. As an accomodation, I have already changed all my classes to online settings.

My religious beliefs and practices, which result in this request for a religious accommodation, are sincerely held. I understand that the accommodation requested above may not be granted but that the University will attempt to provide a reasonable accommodation that does not create an undue hardship on the University. I understand that the University may need to obtain supporting documentation regarding my religious practice and beliefs to further evaluate my request for a religious accommodation.

Employee/Student signature: Emily Dahl                                    Date: 8/24/21

**Please send completed form to: oie-info@wmich.edu**

Adapted by a form created by cda.org Copyright © 2021

## Part 2: To be completed by WMU Institutional Equity office:

Describe the requested accommodation:

**Exemption from Intercollegiate Athletics Vaccine Mandate while participating in Intercollegiate sports.**

Evaluation of impact (if any):

**Campus Safety**

**Athletic Program Safety**

Approved: _____ Denied: _____X_____

If the requested accommodation is denied, what are some alternative accommodations (list in order of preference):

1. **Maintain Scholorship for 2021-2022**

2. **No participation in Intercollegiate Sports**

3. **Comply with testing and mask mandate**

Date discussed with employee/student:  **Emailed to student 8/25/2021**

Final accommodation agreed upon:

_____

_____

_____

_____

If no agreement on an accommodation, provide an explanation:

**The University has a compelling interest in taking action to avoid the significant risk posed to the intercollegiate athletic programs of a Covid-19 outbreak due to unvaccinated participants and prohibiting unvaccinated members of the teams from engaging in practices and competition is the only effective manner of accomplishing this compelling interest.**

Institutional Equity representative signature:  _Jenny Miller_      Date: _8/25/21_