# EXHIBIT H



# RELIGIOUS ACCOMMODATION REQUEST FORM

## Part 1: To be completed by employee/student

Name: **Hannah Redoute**          Job title/Student class: **Fifth year student athlete**

Date of request: **8/25/21**          WIN or Employee ID Number: **516154254**

Immediate supervisor/instructor: **Sammy Boateng**

Requested accommodation (exemption):
COVID-19 Vaccine

Length of time the accommodation is needed: **May 2023**

Describe the religious belief or practice that necessitates this request for accommodation (include additional pages, if needed):

On a word document attached below.

Describe any alternate accommodations that might address your needs:

I will continue to get tested every week and wear a mask in public places and when around others.

My religious beliefs and practices, which result in this request for a religious accommodation, are sincerely held. I understand that the accommodation requested above may not be granted but that the University will attempt to provide a reasonable accommodation that does not create an undue hardship on the University. I understand that the University may need to obtain supporting documentation regarding my religious practice and beliefs to further evaluate my request for a religious accommodation.

Employee/Student signature: **Hannah Redoute**          Date: **8/25/21**

**Please send completed form to: oie-info@wmich.edu**

Adapted by a form created by cda.org Copyright © 2021

## Part 2: To be completed by WMU Institutional Equity office:

Describe the requested accommodation:

**Exemption from Intercollegiate Athletics Vaccine Mandate while participating in Intercollegiate sports.**

Evaluation of impact (if any):

**Campus Safety**

**Athletic Program Safety**

Approved: _____ Denied: _____X_____

If the requested accommodation is denied, what are some alternative accommodations (list in order of preference):

1. **Maintain Scholarship for 2021-2022**
2. **No participation in Intercollegiate Sports**
3. **Comply with testing and mask mandate**

Date discussed with employee/student: **Emailed to student 8/25/2021**

Final accommodation agreed upon:

_____
_____
_____
_____

If no agreement on an accommodation, provide an explanation:

**The University has a compelling interest in taking action to avoid the significant risk posed to the intercollegiate athletic programs of a Covid-19 outbreak due to unvaccinated participants and prohibiting unvaccinated members of the teams from engaging in practices and competition is the only effective manner of accomplishing this compelling interest.**

Institutional Equity representative signature: *Tammy Miller*   Date: 8/25/21