# EXHIBIT I



# RELIGIOUS ACCOMMODATION REQUEST FORM

## Part 1: To be completed by employee/student

Name: **Morgan Otteson**  Job title/Student class: **Senior**

Date of request: **8/25/21**  WIN or Employee ID Number: **725717381**

Immediate supervisor/instructor: **Sammy Boateng**

Requested accommodation (exemption):
**Religious exemption from the mandated COVID-19 vaccine in Athletics**

Length of time the accommodation is needed: **Graduation from WMU**

Describe the religious belief or practice that necessitates this request for accommodation (include additional pages, if needed):

**Please see attached Word Doc**

Describe any alternate accommodations that might address your needs:

**I will continue to get COVID tested weekly**
**I will continue to wear a mask in all indoor facilities at WMU**

My religious beliefs and practices, which result in this request for a religious accommodation, are sincerely held. I understand that the accommodation requested above may not be granted but that the University will attempt to provide a reasonable accommodation that does not create an undue hardship on the University. I understand that the University may need to obtain supporting documentation regarding my religious practice and beliefs to further evaluate my request for a religious accommodation.

Employee/Student signature: **Morgan Otteson**  Date: **8/25/21**

**Please send completed form to: oie-info@wmich.edu**

Adapted by a form created by cda.org Copyright © 2021

**Part 2: To be completed by WMU Institutional Equity office:**

Describe the requested accommodation:

**Exemption from COVID 19 Vaccine while participating in Intercollegiate Athletic Sports**

Evaluation of impact (if any):

**Campus Safety**

**Athletic Program Safety**

Approved: _____ Denied: _____X_____

If the requested accommodation is denied, what are some alternative accommodations (list in order of preference):

1. **Maintain Scholarship for 2021-2022**
2. **No participation in Intercollegiate sports**
3. **Comply with testing and masking mandate.**

Date discussed with employee/student: **Emailed to student 8/30/2021**

Final accommodation agreed upon:

_____
_____
_____
_____

If no agreement on an accommodation, provide an explanation:

**The University has a compelling interest in taking action to avoid the significant risk posed to the intercollegiate athletic programs of a Covid-19 outbreak due to unvaccinated participants and prohibiting unvaccinated members of the teams from engaging in practices and competition is the only effective manner of accomplishing this compelling interest. Testing Is required for the safety of the campus community.**

Institutional Equity representative signature: ___Tammy Miller, Assoc. Dir._____ Date: 8/30/21