# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY DAHL, HANNAH REDOUTE, BAILEY KORHORN, and MORGAN OTTESON,

    Plaintiffs,

-vs-

THE BOARD OF TRUSTEES OF WESTERN MICHIGAN UNIVERSITY; KATHY BEAUREGARD, Athletic Director; and TAMMY L. MILLER, Associate Director of Institutional Equity,

    Defendants.

AFFIDAVIT OF EMILY DAHL

CASE NO.:_____

HON.:_____

_____/

GREAT LAKES JUSTICE CENTER:
David A. Kallman    (P34200)
Stephen P. Kallman    (P75622)
Erin E. Mersino    (P70886)
Jack C. Jordan    (P46551)
Attorneys for Plaintiffs
5600 W. Mount Hope Hwy.
Lansing, MI  48917
(517) 322-3207

### AFFIDAVIT OF EMILY DAHL

The Affiant, Emily Dahl, being first duly sworn, hereby deposes and states as follows:

1. My name is Emily Dahl and I am a student athlete at Western Michigan University and I am a Plaintiff in this lawsuit.

2. I have read the Motion for Temporary Restraining Order, and Brief in Support, filed in this matter and everything contained therein is true and accurate to the best of my information, knowledge, and belief.

3. Further affiant says not.

_____
Emily Dahl, Affiant

1

STATE OF MICHIGAN )
) SS.
COUNTY OF Kalamazoo )

On this 30th day of August, 2021, before me appeared Emily Dahl who did execute the foregoing affidavit, and who, being duly sworn, deposes and states that he has read the foregoing affidavit and knows the contents thereof, and that the same is true of his own knowledge and belief, except as to those matters he states to be on information and belief, and as to those matters he believes them to be true.

*Arionne Fowlkes*

Notary Public, St. Joseph County, Michigan
My Commission Expires: 01-02-2028

ARIONNE FOWLKES
NOTARY PUBLIC, STATE OF MICHIGAN
COUNTY OF SAINT JOSEPH
My Commission Expires 01-02-2028
Acting in the County of Kalamazoo

2