# EXHIBIT M

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EMILY DAHL, HANNAH REDOUTE, BAILEY KORHORN, and MORGAN OTTESON,

    Plaintiffs,

-vs-

THE BOARD OF TRUSTEES OF WESTERN MICHIGAN UNIVERSITY; KATHY BEAUREGARD, Athletic Director; and TAMMY L. MILLER, Associate Director of Institutional Equity,

    Defendants.

AFFIDAVIT OF MORGAN OTTESON

CASE NO.:_____

HON.:_____

GREAT LAKES JUSTICE CENTER:
David A. Kallman   (P34200)
Stephen P. Kallman   (P75622)
Erin E. Mersino   (P70886)
Jack C. Jordan   (P46551)
Attorneys for Plaintiffs
5600 W. Mount Hope Hwy.
Lansing, MI 48917
(517) 322-3207

## AFFIDAVIT OF MORGAN OTTESON

The Affiant, Morgan Otteson, being first duly sworn, hereby deposes and states as follows:

1. My name is Morgan Otteson and I am a student athlete at Western Michigan University and I am a Plaintiff in this lawsuit.

2. I have read the Motion for Temporary Restraining Order, and Brief in Support, filed in this matter and everything contained therein is true and accurate to the best of my information, knowledge, and belief.

3. Further affiant says not.

                                                                            */s/ Morgan Otteson*

1

Morgan Otteson, Affiant

STATE OF MICHIGAN ) 
) SS. 
COUNTY OF Kalamazoo )

On this 30th day of August, 2021, before me appeared Morgan Otteson who did execute the foregoing affidavit, and who, being duly sworn, deposes and states that he has read the foregoing affidavit and knows the contents thereof, and that the same is true of his own knowledge and belief, except as to those matters he states to be on information and belief, and as to those matters he believes them to be true.

*Arionne Fowlkes*

Notary Public, St. Joseph County, Michigan
My Commission Expires: 01.02.2028

ARIONNE FOWLKES
NOTARY PUBLIC, STATE OF MICHIGAN
COUNTY OF SAINT JOSEPH
My Commission Expires 01-02-2028
Acting in the County of Kalamazoo

2