# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **EMILY DAHL, HANNAH REDOUTE, BAILEY KORHORN, and MORGAN OTTESON,** | **TEMPORARY RESTRAINING ORDER** |
| **Plaintiffs,** | |
| -vs- | |
| **THE BOARD OF TRUSTEES OF WESTERN MICHIGAN UNIVERSITY; EDWARD MONTGOMERY, President of WMU; KATHY BEAUREGARD, WMU Athletic Director; and TAMMY L. MILLER, Associate Director of Institutional Equity,** | CASE NO.:_____ <br><br> HON.: _____ |
| **Defendants.** / | |

GREAT LAKES JUSTICE CENTER:
David A. Kallman          (P34200)
Stephen P. Kallman        (P75622)
Erin E. Mersino           (P70886)
Jack C. Jordan            (P46551)
**Attorneys for Plaintiffs**
5600 W. Mount Hope Hwy.
Lansing, MI 48917
(517) 322-3207

## TEMPORARY RESTRAINING ORDER

Upon the motion of Plaintiffs Emily Dahl, Hannah Redoute, Bailey Korhorn, and Morgan Otteson (collectively referred to as "Plaintiffs") pursuant to Rule 65 of the Federal Rules of Civil Procedure and for good cause shown:

It is hereby Ordered that Defendants, the Board of Trustees of Western Michigan University, Edward Montgomery, Kathy Beauregard, and Tammy L. Miller, and their officers,

1

agents, and employees (collectively referred to as "Defendants"), are temporarily enjoined from enforcing the mandated COVID-19 Vaccination Policy as follows:

(1) Defendants are enjoined from enforcing their COVID-19 Vaccination Requirement Policy against Plaintiffs or to take any action against Plaintiffs because of their vaccination status.

(2) Defendants are enjoined from requiring that Plaintiffs be vaccinated prior to participating in any intercollegiate sporting activities.

(3) As a reasonable accommodation, Plaintiffs shall submit to reasonable weekly COVID-19 testing to be provided by Defendants.

This Order shall remain in effect until the Parties can be heard on Plaintiffs' motion for preliminary injunction or upon further notice, but not to exceed 14 days, unless the Court extends the time for good cause. The hearing on the motion for preliminary injunction will be held before this Court on _____ at _____am/pm. Defendants are directed to file any written responses on or before _____.

        **IT IS SO ORDERED** this _____ day of August, 2021 at _____am/pm.

_____

United States District Court Judge