UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY DAHL, et al.,

      Plaintiffs,                  Case No. 1:21–cv–757

v.                                 Hon. Paul L. Maloney

THE BOARD OF TRUSTEES OF
WESTERN MICHIGAN UNIVERSITY, et al.,

      Defendants.
_____/

**NOTICE REGARDING ASSIGNMENT OF CASE**

      NOTICE is hereby given that the above–captioned case was filed in this court on August 30, 2021 .   The case has been assigned to Paul L. Maloney .

CLERK OF COURT

Dated:  August 30, 2021      By:   /s/ M. Garcia
                                                     Deputy Clerk