# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Emily Dahl, Hannah Redoute, Bailey Korhorn, and Morgan Otteson

v.

The Board of Trustees of Western Michigan University, Edward Montgomery, Kathy Beauregard, and Tammy L. Miller

Case No. 1:21-cv-00757
Hon. Paul L. Maloney

TO: The Board of Trustees of Western Michigan University
ADDRESS: 1903 W. Michigan Ave.
Kalamazoo, MI 49008

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

David A. Kallman
5600 W. Mount Hope Hwy.
Lansing, MI 48917

CLERK OF COURT



By: Deputy Clerk          August 30, 2021
                          Date

## PROOF OF SERVICE

This summons for __The Board of Trustees of Western Michigan University__ was received by me on _____.
(name of individual and title, if any)                                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                         (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)           (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____                              _____
                                                Server's signature

Additional information regarding attempted service, etc.:   _____
                                                             Server's printed name and title

                                                             _____
                                                             Server's address

## SUMMONS IN A CIVIL ACTION
### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Emily Dahl, Hannah Redoute, Bailey Korhorn, and Morgan Otteson | Case No. 1:21-cv-00757 <br> Hon. Paul L. Maloney |
| v. <br> The Board of Trustees of Western Michigan University, Edward Montgomery, Kathy Beauregard, and Tammy L. Miller | TO: Edward Montgomery, President of WMU <br> ADDRESS: 1903 W. Michigan Ave. <br> Kalamazoo, MI 49008 |

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

David A. Kallman
5600 W. Mount Hope Hwy.
Lansing, MI 48917

CLERK OF COURT



By: Deputy Clerk    Date: August 30, 2021

---

### PROOF OF SERVICE

This summons for __Edward Montgomery, President of WMU__ was received by me on _____.
(name of individual and title, if any)                                                                 (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                                      (place where served)
       (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                              (date)

☐ I served the summons on _____, who is designated by law to accept service
                                            (name of individual)
of process on behalf of _____ on _____.
                                    (name of organization)                              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                                                            _____
                                                                                                     Server's signature

Additional information regarding attempted service, etc.:
                                                                                            _____
                                                                                                  Server's printed name and title

                                                                                            _____
                                                                                                        Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Emily Dahl, Hannah Redoute, Bailey Korhorn, and Morgan Otteson<br><br>v.<br><br>The Board of Trustees of Western Michigan University, Edward Montgomery, Kathy Beauregard, and Tammy L. Miller | Case No. 1:21-cv-00757<br>Hon. Paul L. Maloney<br><br>TO: Kathy Beauregard, WMU Athletic Director<br>ADDRESS: 1903 W. Michigan Ave.<br>Kalamazoo, MI 49008 |

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
  P.O. Box 698, 330 Federal Building, Marquette, MI 49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
  113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
David A. Kallman
5600 W. Mount Hope Hwy.
Lansing, MI 48917

CLERK OF COURT



By: Deputy Clerk    August 30, 2021
                    Date

## PROOF OF SERVICE

This summons for __Kathy Beauregard, WMU Athletic Director__ was received by me on _____.
        (name of individual and title, if any)        (date)

☐ I personally served the summons on the individual at _____
on _____.
    (date)    (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
    (date)

☐ I served the summons on _____, who is designated by law to accept service
    (name of individual)
of process on behalf of _____ on _____.
    (name of organization)    (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                              Server's signature

Additional information regarding attempted service, etc.:
                              Server's printed name and title

                              Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Emily Dahl, Hannah Redoute, Bailey Korhorn, and Morgan Otteson

v.

The Board of Trustees of Western Michigan University, Edward Montgomery, Kathy Beauregard, and Tammy L. Miller

Case No. 1:21-cv-00757
Hon. Paul L. Maloney

TO: Tammy L. Miller, Associate Dir. of Institutional Equity
ADDRESS: 1903 W. Michigan Ave.
Kalamazoo, MI 49008

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
David A. Kallman
5600 W. Mount Hope Hwy.
Lansing, MI 48917

CLERK OF COURT



By: Deputy Clerk      August 30, 2021      Date

## PROOF OF SERVICE

This summons for __Tammy L. Miller, Associate Dir. of Institutional Equity__ was received by me on _____.
(name of individual and title, if any)                                                                                (date)

☐ I personally served the summons on the individual at _____
                                                                                     (place where served)
on _____.
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                              (date)

☐ I served the summons on _____, who is designated by law to accept service
                                              (name of individual)
of process on behalf of _____ on _____.
                                    (name of organization)                          (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address