# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Emily Dahl, Hannah Redoute, Bailey Korhorn, and Morgan Otteson

v.

The Board of Trustees of Western Michigan University, Edward Montgomery, Kathy Beauregard, and Tammy L. Miller

Case No. 1:21-cv-00757
Hon. Paul L. Maloney

TO: The Board of Trustees of Western Michigan University
ADDRESS: 1903 W. Michigan Ave.
Kalamazoo, MI 49008

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
David A. Kallman
5600 W. Mount Hope Hwy.
Lansing, MI 48917

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

CLERK OF COURT



By: Deputy Clerk

August 30, 2021
Date

## PROOF OF SERVICE

This summons for __The Board of Trustees of Western Michigan University__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☒ Other (specify): I served Michael S. Bogren, Attorney for Defendants, by e-mail, and he has filed an acknowledgement of service.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: 08/31/2021

/s/ David A. Kallman
Server's signature

David A. Kallman, Attorney for Plaintiffs
Server's printed name and title

5600 W. Mount Hope Hwy., Lansing, MI 48917
Server's address

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Emily Dahl, Hannah Redoute, Bailey Korhorn, and Morgan Otteson

v.

The Board of Trustees of Western Michigan University, Edward Montgomery, Kathy Beauregard, and Tammy L. Miller

Case No. 1:21-cv-00757
Hon. Paul L. Maloney

TO: Edward Montgomery, President of WMU
ADDRESS: 1903 W. Michigan Ave.
Kalamazoo, MI 49008

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
David A. Kallman
5600 W. Mount Hope Hwy.
Lansing, MI 48917

CLERK OF COURT



By: Deputy Clerk
Date: August 30, 2021

## PROOF OF SERVICE

This summons for __Edward Montgomery, President of WMU__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☒ Other (specify) I served Michael S. Bogren, Attorney for Defendants, by e-mail, and he has filed an acknowledgement of service.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: 08/31/2021

/s/ David A. Kallman
Server's signature

David A. Kallman, Attorney for Plaintiffs
Server's printed name and title

5600 W. Mount Hope Hwy., Lansing, MI 48917
Server's address

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Emily Dahl, Hannah Redoute, Bailey Korhorn, and Morgan Otteson

v.

The Board of Trustees of Western Michigan University, Edward Montgomery, Kathy Beauregard, and Tammy L. Miller

Case No. 1:21-cv-00757
Hon. Paul L. Maloney

TO: Kathy Beauregard, WMU Athletic Director
ADDRESS: 1903 W. Michigan Ave.
Kalamazoo, MI 49008

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
David A. Kallman
5600 W. Mount Hope Hwy.
Lansing, MI 48917

CLERK OF COURT



By: Deputy Clerk                      August 30, 2021
                                              Date

## PROOF OF SERVICE

This summons for __Kathy Beauregard, WMU Athletic Director__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☒ Other (specify) I served Michael S. Bogren, Attorney for Defendants, by e-mail, and he has filed an acknowledgement of service.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under the penalty of perjury that this information is true.
Date: 08/31/2021

/s/ David A. Kallman
Server's signature

David A. Kallman, Attorney for Plaintiffs
Server's printed name and title

5600 W. Mount Hope Hwy., Lansing, MI 48917
Server's address

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Emily Dahl, Hannah Redoute, Bailey Korhorn, and Morgan Otteson | Case No. 1:21-cv-00757<br>Hon. Paul L. Maloney |
| v. | TO: Tammy L. Miller, Associate Dir. of Institutional Equity<br>ADDRESS: 1903 W. Michigan Ave.<br>Kalamazoo, MI 49008 |
| The Board of Trustees of Western Michigan University, Edward Montgomery, Kathy Beauregard, and Tammy L. Miller | |

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
 P.O. Box 698, 330 Federal Building, Marquette, MI 49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
  113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
David A. Kallman
5600 W. Mount Hope Hwy.
Lansing, MI 48917

CLERK OF COURT



By: Deputy Clerk         August 30, 2021
                                    Date

---

## PROOF OF SERVICE

This summons for __Tammy L. Miller, Associate Dir. of Institutional Equity__ was received by me on _____.
(name of individual and title, if any)                                                                                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                                          (place where served)
       (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                                (date)

☐ I served the summons on _____, who is designated by law to accept service
                                                (name of individual)
of process on behalf of _____ on _____.
                                       (name of organization)                                   (date)

☐ I returned the summons unexecuted because _____.

☒ Other *(specify)* I served Michael S. Bogren, Attorney for Defendants, by e-mail, and he has filed an acknowledgement of service.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: 08/31/2021                                                              /s/ David A. Kallman
                                                                                     *Server's signature*

                                                                  David A. Kallman, Attorney for Plaintiffs
Additional information regarding attempted service, etc.:             *Server's printed name and title*

                                                                  5600 W. Mount Hope Hwy., Lansing, MI 48917
                                                                                     *Server's address*