IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **EMILY DAHL, HANNAH REDOUTE, BAILEY KORHORN, and MORGAN OTTESON,** | **MOTION TO AMEND TEMPORARY RESTRAINING ORDER AND CERTIFICATE OF SERVICE** |
| Plaintiffs, | |
| -vs- | |
| **THE BOARD OF TRUSTEES OF WESTERN MICHIGAN UNIVERSITY; EDWARD MONTGOMERY,** President of WMU; **KATHY BEAUREGARD,** WMU Athletic Director; and **TAMMY L. MILLER,** Associate Director of Institutional Equity, | CASE NO.:1:21-cv-757<br><br>HON.: PAUL L. MALONEY |
| Defendants. / | |

| | |
|---|---|
| **David A. Kallman** (P34200)<br>**Stephen P. Kallman** (P75622)<br>**Erin E. Mersino** (P70886)<br>**Jack C. Jordan** (P46551)<br>**GREAT LAKES JUSTICE CENTER**<br>**Attorneys for Plaintiffs**<br>5600 W. Mount Hope Hwy.<br>Lansing, MI 48917<br>(517) 322-3207 | **Michael S. Bogren** (P34835)<br>**PLUNKETT COONEY**<br>**Attorney for Defendants**<br>333 Bridge St. NW, Ste. 530<br>**Bridgewater Place**<br>**Grand Rapids, MI 49504**<br>(269) 901-9040 |

**MOTION TO AMEND TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs, Emily Dahl, Hannah Redoute, Bailey Korhorn, and Morgan Otteson (collectively referred to as "Plaintiffs"), by and through undersigned counsel, hereby move this Honorable Court to Amend the Temporary Restraining Order (TRO) issued on August 31, 2021 (ECF No. 8) for the reasons stated below:

1. Since Plaintiffs filed their lawsuit and this Honorable Court issued the Temporary Restraining Order, Plaintiffs have been contacted by numerous other student athletes

at Western Michigan University (WMU) who had their religious accommodation requests denied regarding the COVID-19 vaccine.

2. The parties have been in communication to discuss the most expedient means of addressing this issue.

3. Plaintiffs propose for this Honorable Court to amend its TRO (ECF No. 8) to expand its application to all student athletes who requested a religious accommodation to the mandated COVID-19 at WMU pending the hearing currently scheduled with this Honorable Court on September 9, 2021 at 1:30 p.m.

4. Without waiving any argument that the policy is constitutionally valid and the TRO should not be continued beyond September 9, 2021, in order to avoid a multiplicity of litigation at this stage of the proceedings that will create a burden on the parties and the Court, the Defendants do not actively oppose the Plaintiffs' request.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court amend the current TRO (ECF No. 8) to now apply to all student athletes who requested a religious accommodation to the mandated COVID-19 vaccine at WMU.

Respectfully submitted,

GREAT LAKES JUSTICE CENTER

/s/ *David A. Kallman*
David A. Kallman
Stephen P. Kallman
Erin E. Mersino
Jack C. Jordan
*Counsel for Plaintiffs*

Approved as to form and content:


/s/ David A. Kallman
David A. Kallman
Attorney for Plaintiffs


/s/ Michael S. Bogren
Michael S. Bogren
Attorney for Defndants

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2021, a copy of the foregoing Motion To Amend Temporary Restraining Order, was filed electronically with the Court. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

GREAT LAKES JUSTICE CENTER

/s/ David A. Kallman
David A. Kallman
