IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **EMILY DAHL, HANNAH REDOUTE, BAILEY KORHORN, and MORGAN OTTESON,** | **AMENDED STIPULATION TO AMEND VERIFIED COMPLAINT AND TEMPORARY RESTRAINING ORDER** |
| Plaintiffs, | |
| -vs- | |
| **THE BOARD OF TRUSTEES OF WESTERN MICHIGAN UNIVERSITY; EDWARD MONTGOMERY, President of WMU; KATHY BEAUREGARD, WMU Athletic Director; and TAMMY L. MILLER, Associate Director of Institutional Equity,** | CASE NO.:1:21-cv-757<br><br>HON.: PAUL L. MALONEY |
| Defendants. / | |

| | |
|---|---|
| **David A. Kallman          (P34200)**<br>**Stephen P. Kallman      (P75622)**<br>**Erin E. Mersino            (P70886)**<br>**Jack C. Jordan             (P46551)**<br>**GREAT LAKES JUSTICE CENTER**<br>**Attorneys for Plaintiffs**<br>**5600 W. Mount Hope Hwy.**<br>**Lansing, MI  48917**<br>**(517) 322-3207** | **Michael S. Bogren    (P34835)**<br>**PLUNKETT COONEY**<br>**Attorney for Defendants**<br>**333 Bridge St. NW, Ste. 530**<br>**Bridgewater Place**<br>**Grand Rapids, MI 49504**<br>**(269) 901-9040** |

**AMENDED STIPULATION TO AMEND VERIFIED COMPLAINT AND TEMPORARY RESTRAINING ORDER**

**IT IS HEREBY STIPULATED,** by and between the parties, as follows:

1. Since Plaintiffs filed their lawsuit and this Honorable Court issued the Temporary Restraining Order, Plaintiffs have been contacted by numerous other student athletes at Western Michigan University (WMU) who were denied their requested accommodation regarding the COVID-19 vaccine.

- 1 -

2. The parties have been in communication to discuss the most expedient means of addressing this issue.

3. The parties stipulate that Plaintiffs shall be permitted to file the attached First Amended Verified Complaint pursuant to Fed R. Civ. P. 15, which adds additional student athletes at WMU as Plaintiffs, and Defendants' counsel will accept service of the First Amended Verified Complaint.

4. The parties stipulate that this Honorable Court amend its TRO (ECF No. 8) to expand its application to all Plaintiff student athletes included in the First Amended Verified Complaint who requested a religious accommodation to the mandated COVID-19 vaccine at WMU pending the hearing currently scheduled with this Honorable Court on September 9, 2021 at 1:30 p.m.

5. Defendants are not waiving any argument that the policy is constitutionally valid and the TRO should not be continued beyond September 9, 2021. However, in order to avoid a multiplicity of litigation at this stage of the proceedings that will create a burden on the parties and the Court, the parties are in agreement regarding this stipulation.

**WHEREFORE**, the parties respectfully request that this Honorable Court permit and accept Plaintiffs' First Amended Verified Complaint for filing and amend the current TRO (ECF No. 8) to now apply to all Plaintiff student athletes who are listed in the First Amended Verified Complaint.

- 3 -

DATED: September 2, 2021.

                                              /s/ *David A. Kallman*  
                                              David A. Kallman  
                                              Stephen P. Kallman  
                                              Erin E. Mersino  
                                              Jack C. Jordan  
                                              *Counsel for Plaintiffs*


                                              /s/ *Michael S. Bogren*  
                                              Michael S. Bogren  
                                              *Counsel for Defndants*