UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EMILY DAHL, *et al.*,  )<br>　　　　　　Plaintiffs,  )<br>　　　　　　　　　　 )<br>-v-　　　　　　　　　 )<br>　　　　　　　　　　 )<br>THE BOARD OF TRUSTEES OF WESTERN  )<br>MICHIGAN UNIVERSITY, et al.,  )<br>　　　　　　Defendants.  )<br>　　　　　　　　　　 ) | No. 1:21-cv-757<br><br>Honorable Paul L. Maloney |

## ORDER GRANTING AMENDMENT TO COMPLAINT AND TEMPORARY RESTRAINING ORDER

The parties filed an Amended Stipulation to Amend Verified Complaint and Temporary Restraining Order in order to add additional Plaintiffs to the proceeding and to have the Amended Temporary Restraining Order (ECF No. 8) apply to the newly added Plaintiffs.

Accordingly, the Court **GRANTS** the request to amend the Verified Complaint and Temporary Restraining Order.

1. Plaintiffs' First Amended Verified Complaint (ECF No. 15) is accepted for filing with the Court.

2. The Amended Order Granting Motion for Temporary Restraining Order (ECF No. 8) is now extended to apply to all named Plaintiffs (Emily Dahl, Hannah Redoute, Bailey Korhorn, Morgan Otteson, Jake Moertl, Kia Brooks, Aubree Ensign, Reilly Jacobson, Taylor Williams, Kaelyn Parker, Annalise James, Maxwell Huntley, Sydney Schafer, Danielle Natte, Nicole Morehouse, and Katelyn Spooner) listed in the First Amended Verified Complaint (ECF No. 15).

3. All dates and other provisions contained in paragraphs 2 – 7 of the Amended TRO (ECF No. 8, PageID 131 – 132), remain in full force and effect.

　　IT IS SO ORDERED.

Date: September 3, 2021　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　United States District Judge

Approved as to form and content:
/s/ David A. Kallman　　　　　　　　　　/s/ Michael S. Bogren
David A. Kallman, Counsel for Plaintiffs　　Michael S. Bogren, Counsel for Defendants