**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed:  September 17, 2021

Mr. Michael S. Bogren
Plunkett Cooney
333 Bridge Street, N.W., Suite 530
Grand Rapids, MI 49504

Mr. David A. Kallman
Great Lakes Justice Center
5600 W. Mount Hope Highway
Lansing, MI 48917

        Re: Case No. 21-2945, *Emily Dahl, et al v. Bd Of Trustees Of W.M.U., et al*
           Originating Case No. : 1:21-cv-00757

Dear Counsel,

 This appeal has been docketed as case number **21-2945** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

 Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

 At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **October 1, 2021**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

            Appearance of Counsel
      Appellant: Civil Appeal Statement of Parties & Issues
            Disclosure of Corporate Affiliations
            Application for Admission to 6th Circuit Bar (if applicable)

         Appearance of Counsel
  Appellee:  Disclosure of Corporate Affiliations
         Application for Admission to 6th Circuit Bar (if applicable)

  More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

         Sincerely yours,

         s/Leon T. Korotko
         Case Manager
         Direct Dial No. 513-564-7069

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 21-2945

EMILY DAHL; HANNAH REDOUTE; BAILEY KORHORN; MORGAN OTTESON; JAKE MOERTL; KIA BROOKS; AUBREE ENSIGN; REILLY JACOBSON; TAYLOR WILLIAMS; KAELYN PARKER; ANNALISE JAMES; MAXWELL HUNTLEY; SYDNEY SCHAFER; DANIELLE NATTE; NICOLE MOREHOUSE; KATELYN SPOONER

    Plaintiffs - Appellees

v.

BOARD OF TRUSTEES OF WESTERN MICHIGAN UNIVERSITY; EDWARD MONTGOMERY, President of WMU; KATHY BEAUREGARD, Athletic Director of WMU; TAMMY L. MILLER, Associate Director of Institutional Equity

    Defendants - Appellants