UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

EMILY DAHL, HANNAH REDOUTE,
BAILEY KORHORN, MORGAN
OTTESON, JAKE MOERTL, KIA BROOKS,
AUBREE ENSIGN, REILLY JACOBSON,
TAYLOR WILLIAMS, KAELYN PARKER,
ANNALISE JAMES, MAXWELL HUNTLEY,
SIDNEY SCHAFER, DANIELLE NATTE,
NICOLE MOREHOUSE, and KATELYN
SPOONER,

      Plaintiffs,

v.

THE BOARD OF TRUSTEES OF
WESTERN MICHIGAN UNIVERSITY,
EDWARD MONTGOMERY, President of WMU,
KATHY BEAUREGARD, WMU Athletic Director,
and TAMMY L. MILLER, Associate Director of
Institutional Equity,

      Defendants.
_____

Case No.  1:21-cv-757

Hon. Paul L. Maloney

## DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS

### **EXPEDITED CONSIDERATION REQUESTED**

The Defendants move for an order staying proceedings in this matter pending resolution of the appeal that has been taken from the Court's Opinion and Order Granting a Preliminary Injunction issued and filed September 13, 2021. This motion is based on the arguments and legal authorities in the Brief in Support filed with this motion.

The Defendants request expedited consideration of this motion pursuant to L. R. 7.1(e), as the Defendants' response to the Amended Complaint will be due before the appeal will be decided, rendering the request for Stay of Proceedings moot.

                                                Respectfully submitted,

DATED September 20, 2021         PLUNKETT COONEY

                                                BY:  */s/Michael S. Bogren*
                                                     Michael S. Bogren (P34835)
                                                     Attorney for Defendants
                                              BUSINESS ADDRESS:
                                              333 Bridge Street, NW, Suite 530
                                              Grand Rapids, Michigan  49504
                                              **Direct Dial:  269/226-8822**
                                              mbogren@plunkettcooney.com

Open.07616.14299.27183006-1