UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

EMILY DAHL, HANNAH REDOUTE,
BAILEY KORHORN, MORGAN
OTTESON, JAKE MOERTL, KIA BROOKS,     Case No.  1:21-cv-757
AUBREE ENSIGN, REILLY JACOBSON,
TAYLOR WILLIAMS, KAELYN PARKER,     Hon. Paul L. Maloney
ANNALISE JAMES, MAXWELL HUNTLEY,
SIDNEY SCHAFER, DANIELLE NATTE,
NICOLE MOREHOUSE, and KATELYN
SPOONER,

    Plaintiffs,

v.

THE BOARD OF TRUSTEES OF
WESTERN MICHIGAN UNIVERSITY,
EDWARD MONTGOMERY, President of WMU,
KATHY BEAUREGARD, WMU Athletic Director,
and TAMMY L. MILLER, Associate Director of
Institutional Equity,

    Defendants.
_____

**DEFENDANTS' MOTION FOR STAY OF INJUNCTION**

**\*\*EXPEDITED CONSIDERATION REQUESTED\*\***

Pursuant to Fed. R. Civ. P. 62(d) the Defendants move for an order staying the preliminary injunction entered in this matter on September 13, 2021, pending resolution of the appeal that has been taken from the that Order. This motion is based on the arguments and legal authorities contained in the Brief in Support filed with this motion.

Expedited consideration is requested to allow resolution of the issue, either in this Court or in the Court of Appeals, as soon as possible.

        Respectfully submitted,

DATED:  September 22, 2021        PLUNKETT COONEY


        BY:  /s/Michael S. Bogren
            Michael S. Bogren (P34835)
            Attorney for Defendants
        BUSINESS ADDRESS:
        333 Bridge Street, N.W., Suite 530
        Grand Rapids, Michigan  49503
        **Direct Dial:  269/226-8822**
        mbogren@plunkettcooney.com

Open.07616.14299.27220587-1