UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

EMILY DAHL, HANNAH REDOUTE,
BAILEY KORHORN, MORGAN
OTTESON, JAKE MOERTL, KIA BROOKS,
AUBREE ENSIGN, REILLY JACOBSON,
TAYLOR WILLIAMS, KAELYN PARKER,
ANNALISE JAMES, MAXWELL HUNTLEY,
SIDNEY SCHAFER, DANIELLE NATTE,
NICOLE MOREHOUSE, and KATELYN
SPOONER,

   Plaintiffs,

v.

THE BOARD OF TRUSTEES OF
WESTERN MICHIGAN UNIVERSITY,
EDWARD MONTGOMERY, President of WMU,
KATHY BEAUREGARD, WMU Athletic Director,
and TAMMY L. MILLER, Associate Director of
Institutional Equity,

   Defendants.
_____

Case No.  1:21-cv-757

Hon. Paul L. Maloney

## STIPULATED ORDER TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED,** by the undersigned counsel that Defendants, THE BOARD OF TRUSTEES OF WESTERN MICHIGAN UNIVERSITY, EDWARD MONTGOMERY, KATHY BEAUREGARD, and TAMMY L. MILLER, have until October 22, 2021, to file their response to Plaintiffs' First Amended Complaint.

DATED:  October 5, 2021   GREAT LAKES JUSTICE CENTER

                By:  _/s/David A. Kallman (with permission)_
                  David A. Kallman (P34200)
                  Attorney for Plaintiffs

DATED:  October 5, 2021         PLUNKETT COONEY

                                                   By:   */s/Michael S. Bogren*
                                                         Michael S. Bogren (P34835)
                                                         Attorney for Defendants

                                                  BUSINESS ADDRESS:
                                                  333 Bridge Street, NW, Suite 530
                                                  Grand Rapids, Michigan  49504
                                                  Direct Dial:  269-226-8822
                                                  mbogren@plunkettcooney.com

## **ORDER**

This matter having come before the Court through stipulation, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED,** that Defendants, THE BOARD OF TRUSTEES OF WESTERN MICHIGAN UNIVERSITY, EDWARD MONTGOMERY, KATHY BEAUREGARD, and TAMMY L. MILLER, have until **October 22, 2021**, to file their response to Plaintiffs' First Amended Complaint.

Date:_____       _____
                                                         HON. PAUL L. MALONEY
                                                         U.S. District Court Judge

Open.07616.14299.27206230-1