UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

EMILY DAHL, HANNAH REDOUTE,
BAILEY KORHORN, MORGAN
OTTESON, JAKE MOERTL, KIA BROOKS,
AUBREE ENSIGN, REILLY JACOBSON,
TAYLOR WILLIAMS, KAELYN PARKER,
ANNALISE JAMES, MAXWELL HUNTLEY,
SIDNEY SCHAFER, DANIELLE NATTE,
NICOLE MOREHOUSE, and KATELYN
SPOONER,

      Plaintiffs,

v.

THE BOARD OF TRUSTEES OF
WESTERN MICHIGAN UNIVERSITY,
EDWARD MONTGOMERY, President of WMU,
KATHY BEAUREGARD, WMU Athletic Director,
and TAMMY L. MILLER, Associate Director of
Institutional Equity,

      Defendants.
_____

Case No.  1:21-cv-757

Hon. Paul L. Maloney

**STIPULATED ORDER TO EXTEND TIME TO FILE
RESPONSE TO FIRST AMENDED COMPLAINT**

**THE PARTIES** previously stipulated to extend time for Defendants to respond to the First Amended Complaint and the Court issued an Order extending the time to respond to October 22, 2021;

**THE PARTIES** have engaged in discussions in an attempt to resolve the matter and have made progress toward resolution. The parties request an additional extension of 21 days to continue discussions and, if successful, submit closing papers to the Court. Therefore;

**IT IS HEREBY STIPULATED AND AGREED,** by undersigned counsel that Defendants, THE BOARD OF TRUSTEES OF WESTERN MICHIGAN UNIVERSITY, EDWARD MONTGOMERY, KATHY BEAUREGARD, and TAMMY L. MILLER, have until November 12, 2021, to file their response to Plaintiffs' First Amended Complaint.

DATED: October 20, 2021	GREAT LAKES JUSTICE CENTER

By:  /s/David A. Kallman (with permission)
     David A. Kallman (P34200)
     Attorney for Plaintiffs

DATED: October 20, 2021	PLUNKETT COONEY

By:  /s/Michael S. Bogren
     Michael S. Bogren (P34835)
     Attorney for Defendants

BUSINESS ADDRESS:
333 Bridge Street, NW, Suite 530
Grand Rapids, Michigan  49504
Direct Dial:  269-226-8822
mbogren@plunkettcooney.com

## ORDER

This matter having come before the Court through stipulation, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED,** that Defendants, THE BOARD OF TRUSTEES OF WESTERN MICHIGAN UNIVERSITY, EDWARD MONTGOMERY, KATHY BEAUREGARD, and TAMMY L.

MILLER, have until **November 12, 2021**, to file their response to Plaintiffs' First Amended Complaint.

Date:  October 20, 2021              /s/ Paul L. Maloney
                                                     HON. PAUL L. MALONEY
                                                     U.S. District Court Judge

Open.07616.14299.27387214-1