UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY DAHL, et al.,

    Plaintiffs,

v.

THE BOARD OF TRUSTEES OF WESTERN
MICHIGAN UNIVERSITY, et al.,

    Defendants.
_____/

Case No. 1:21-cv-757

HONORABLE PAUL L. MALONEY

## ORDER REGARDING CLOSING DOCUMENTS

This Court having been informed through telephone call from counsel for the defendants of the agreement between the parties to settle this matter:

**IT IS HEREBY ORDERED** that appropriate closing documents shall be filed with the Court no later than **November 30, 2021**.

Dated: November 12, 2021

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge